# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KRISTI HONNOLD, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 5:22-cv-02054 AB (SPx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Judge:  Hon. André Birotte Jr. |

Pursuant to the parties' Stipulation to Dismiss Action with Prejudice, and good cause appearing therefor,

IT IS HEREBY ORDERED that this matter is dismissed in its entirety, against all parties, with prejudice. Each party is to bear their own attorneys' fees and costs.

Dated: March 11, 2024

_____
Hon. André Birotte Jr.
United States District Judge